UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-20265 |
| Plaintiff, | Hon. F. Kay Behm<br>United States District Judge |
| v. | |
| DAREL T. KING, | |
| Defendant. | |

___

**NOTICE OF INTENT *NOT* TO SEEK THE DEATH PENALTY**
___

NOW COMES the United States of America by and through its undersigned counsel, and hereby notifies the Court and the defendant in the above-captioned matter that the government will *not* seek a sentence of death in this case as to Darel T. King.

Respectfully Submitted,

Dated: May 16, 2024

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DEPORRE
JULES M. DEPORRE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, Michigan 48502
Phone: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999