IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO: 24-cr-20265
JUDGE: F. KAY BEHM

v

DAREL T. KING, a.k.a. Joffy,

    Defendant.

## DEFENDANT'S MOTION TO FILE AN EX PARTE MOTION UNDER SEAL FOR THE APPROVAL OF EXPERT

**NOW COMES** Defendant Darel King, by and through his counsel, Barry A. Wolf and Ebony Ellis, and pursuant to Fed.R.Crim 47 moves this Court to file an ex parte motion under seal for the approval of an expert.

Respectfully submitted,

Dated: January 19, 2026

/s/  Barry A. Wolf
Barry A. Wolf (P40709)
Attorney for Defendant
503 S. Saginaw Street, Suite 1410
Flint, Michigan  48502
(810)762-1084
bwolf718@msn.com

/s/ Ebony Ellis
Ebony L. Ellis (P80848)
Co-Counsel for Defendant
120 N. Michigan Ave., Ste 303
Saginaw, MI 48602
(989)355-1717
ebony.ellis@acrawfordlaw.com

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                 CASE NO: 24-cr-20265
                                             JUDGE: F. KAY BEHM

v

DAREL T. KING, a.k.a. Joffy,

    Defendant.

_____

## ORDER GRANTING MOTION TO SEAL
## DEFENDANT'S EX PARTE MOTION

Darel King, having a motion to file an Ex Parte Motion Under Seal for the approval of an expert, and the court being fully informed;

It is **ORDERED** that the Motion to File an Ex Parte Motion Under Seal is **GRANTED.**

It is further **ORDERED** that Defendant's Ex Parte Motion may be filed under seal.

    **SO ORDERED.**

Dated: January 21, 2026                   s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge